UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIMAEL NAJERA, aka ABIMAEL FLORES NAJERA, ) ) ) Petitioner, ) ) vs. ) ) GEORGE J. GIURBINO, WARDEN, ) ) Respondent. ) | Case No. SACV 07-0219-R(RC) ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objections, and has made a de novo determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the petition for writ of habeas corpus and dismissing the action with prejudice.

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of this
2 Order, the Magistrate Judge's Report and Recommendation and Judgment
3 by the United States mail on petitioner.

5 DATED:    __January 5, 2009_

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

R&R\07-0219.ado
10/2/08

2